IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: }<br>James Colby Perry, III }<br>502 Flintlock Ct }<br>Nashville, TN, 37217 }<br>SSN: XXX-XX-0560 }<br>}<br>Debtor. } | **Case No**. 3:13-bk-06680<br><br>**Chapter**: 13<br><br>Judge Marian Harrison |

## EXPEDITED HEARING ON MOTION TO UTILIZE INSURANCE PROCEEDS

COMES NOW the Debtor, by and through counsel, and pursuant to Local Rule 9075, respectfully moves the Court as follows:

## I. EXPEDITED RELIEF REQUESTED

A. The Debtor moves this Court to allow the modification of their plan and requests court approval to incur a debt in order to fund the purchase of a replacement vehicle through Inland Bank.

B. The Debtor has been approved for $12,672.00 with a interest rate of 22% and a monthly payment of $350.00 per month to be over (60) months with a balance being owed to Inland Bank after completion of the plan.

C. In order to fund the payment to Inland Bank, the Debtor proposes to increase plan payments from $605.00 biweekly to $698.14 biweekly.

D. The dividend to unsecured creditors shall remain at 13%% and the base would increase to $90,297.31.

E. The Debtor shall maintain full coverage insurance on the motor vehicle and list Inland Bank as the loss payee.

F. The Debtor will waive discharge of the post-petition debt to Inland Bank.

G. The monthly payments to Inland Bank shall be disbursed with all other secured claims. Inland Bank's claim for post-petition financing will be viewed as a continuing debt and will not be subject to discharge.

H. The Debtor asks that the claim be treated by the Trustee as a long term obligation pursuant to 11

USC 1322(b)(5), and that the Trustee need not allocate interest and principal in the disbursements to Inland Bank.

I. Upon completion of the Chapter 13 plan payment, the Debtor's obligation to Inland Bank will be a secured obligation and shall be paid directly by the Debtor.

E. An amended budget is attached hereto as an exhibit evidencing the ability to fund the increased plan payment.

F. The Debtor has taken the Trustee's financial management course.

G. Debtor requests that this motion be heard on an expedited basis because the Debtor is no longer entitled to a rental car and needs transportation from their home to their workplace to continue funding the Chapter 13 plan. The initially hoped that he could use the insurance proceeds to purchase a car without the need to incur debt, but the Debtor is having a hard time finding a reliable vehicle.

## II. SUGGESTION OF EXPEDITED HEARING DATE AND TIME

D. The Debtors are requesting that this motion be set for expedited hearing on 6/17/2015 at 8:30 a.m. in Courtroom One of the United States Bankruptcy Court for the Middle District of Tennessee, 701 Broadway, Nashville, TN 37203.

## III. NOTICE OF EXPEDITED HEARING

E. Notice of this expedited motion shall be given to all parties on the Certificate of Service by either facsimile, electronic or U.S. mail first class as specified in the Certificate of Service.

WHEREFORE, the Debtor would request that the Court grant this Motion and authorize the Debtor to modify the plan and incur debt for a replacement vehicle

Respectfully submitted,

_/s/ Jonathan Augusta_____
D. Jonathan Augusta, BPR #25880, Attorney for Debtor
731 Porter Rd
Nashville, TN 37206
(615) 600-4577
fax: (615)249-3448
derricaugusta@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| Samuel Crocker, U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| James Colby Perry, III<br>502 Flintlock Ct<br>Nashville, TN, 37217 | U.S. mail first class |

I have sent out notices.

/s/ Jonathan Augusta
D. Jonathan Augusta

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | | | | |
|---|---|---|---|---|---|
| **IN RE:** | JAMES PERRY III | | **CASE NO:** | 14-06859 | |
| | | | **CHAPTER 13** | | |
| | | | **JUDGE** | MASHBURN | |

| | OLD | NEW | INCOME | OLD | NEW |
|---|---|---|---|---|---|
| Date of Budget | | | | | |
| Rent/Mortgage Payment | $0.00 | $0.00 | Debtor's net pay | $2,894.00 | $2,894.00 |
| **UTILITIES** | | | Spouse's net pay | | |
| Electric | $120.00 | $120.00 | Regular Other | | |
| Water | $30.00 | $30.00 | Income | | |
| Heat | | | Support/Alimony | | |
| Telephone | $0.00 | $0.00 | Pension/SS/VA | | |
| Trash | | | Misc. Income | | |
| Cable | $200.00 | $200.00 | **TOTAL INCOME** | **$2,894.00** | **$2,894.00** |
| **Total Utilities** | **$350.00** | **$350.00** | **Total Expenses** | **$1,684.00** | **$1,497.00** |
| Food | $550.00 | $500.00 | | | |
| Clothing | $60.00 | $10.00 | Plan Payment | $1,210.00 | $1,397.00 |
| Laundry and Dry Cleaning | $50.00 | $20.00 | Total Expenses | | |
| Newspapers, Books, etc. | $40.00 | $23.00 | plus Plan Payment | **$2,894.00** | **$2,894.00** |
| Medical and Dental | $50.00 | $20.00 | | | |
| Transportation | $350.00 | $350.00 | Difference: | **$0.00** | **$0.00** |
| **INSURANCE** | | | | | |
| Auto | $84.00 | $84.00 | **DEPENDANTS** | 0 | 0 |
| Life | | | | | |
| Home | $0.00 | $0.00 | | | |
| Renters | | | | | |
| Other | | | **Statement of Impact** | | |
| | | | Duration of Plan | 60 | 60 |
| **Total Insurance** | **$84.00** | **$84.00** | Dividend to U/S | 13% | 13% |
| Taxes (not deducted from wages) | | | | | |
| Child support | | | Change in treatment | | |
| Home Maintenance | $100.00 | $100.00 | to Secured Creditors | none | |
| Other Monthly Expenses(explain) | $0.00 | $0.00 | | | |
| Haircuts/toiletries/cleaning supplies | $50.00 | $40.00 | | | |
| Pet Food | $0.00 | $0.00 | | | |
| **Total Monthly Expenses** | **$1,684.00** | **$1,497.00** | | | |

**3:13-bk-06680** James Colby Perry, III
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Marian F Harrison
**Date filed:** 07/31/2013 **Date of last filing:** 04/10/2015 **Plan confirmed:** 09/17/2013

# Creditors

**American InfoSource LP as agent for**
Verizon  (5296695)
PO Box 248838  (cr)
Oklahoma City, OK 73124-8838

**Ascend Fcu**
ATTN: BANKRUPTCY  (5246270)
Po Box 1210  (cr)
Tullahoma, TN 37388

**Bank Of America, N.a.**
ATTN: CORRESPONDENCE UNIT/CA6-919-02-4  (5246271)
Po Box 5170  (cr)
Simi Valley, CA 93062

**Cach, Llc**
ATTENTION: BANKRUPTCY  (5246272)
4340 South Monaco St. 2nd Floor  (cr)
Denver, CO 80237

**Chase**
Po Box 15298  (5246273)
Wilmington, DE 19850  (cr)

**CHEADLE & CHEADLE**
2404 Crestmoor Rd  (5246274)
Nashville, TN 37215-0000  (cr)

**Comenity Bank/express**
ATTENTION: BANKRUPTCY DEPT  (5246275)
Po Box 182686  (cr)
Columbus, OH 43218

**Credit Coll**
Po Box 773  (5246276)
Needham, MA 02494  (cr)

**David Floyd & Associates, Inc**  
RE: WOODRIDGE OF NASHBORO  (5246277)  
2400 Crestmoor Rd.  (cr)  
NASHVILLE, TN 37215

**DAVIDSON COUNTY GENERAL SESSIONS**  
CIVIL DIVISION  (5246278)  
P.O. Box 196304  (cr)  
Nashville, TN 37219

**Dept Of Ed/sallie Mae**  
11100 Usa Pkwy  (5246279)  
Fishers, IN 46037  (cr)

**Dept Of Veterans Affai**  
Po Box 11930  (5246280)  
Saint Paul, MN 55111  (cr)

**ECMC**  
P.O. Box 16408  (5300821)  
St. Paul, MN 55116-0408  (cr)

**Foxcollecent**  
Po Box 528  (5246281)  
Goodlettsville, TN 37070  (cr)

**Gecrb/care Credit**  
ATTN: BANKRUPTCY  (5246282)  
Po Box 103104  (cr)  
Roswell, GA 30076

**Gecrb/paypal Smart Con**  
ATTN: BANKRUPTCY  (5246283)  
Po Box 103104  (cr)  
Roswell, GA 30076

**Lvnv Funding Llc**  
Po Box 10497  (5246284)  
Greenville, SC 29603  (cr)

**MIDDLE TENNESSEE STATE UNIVERSITY**  
c/o John R. Cheadle, Jr., Esq.  (5265470)  
2404 Crestmoor Road  (cr)  
Nashville, TN 37215

**Mil Star**  
ATTENTION: BANKRUPTCY  (5246285)  
Po Box 650060  (cr)  
Dallas, TX 75236

| | |
|---|---|
| **Mtsu**<br>North Tennessee Blvd.<br>Mufreesboro, TN 37132 | (5246286)<br>(cr) |
| **NEIGHBOR MD**<br>C/O FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILLE, TN 37070 | (5285356)<br>(cr) |
| **Pentagroup Financial**<br>5959 CORPORATE DR.<br>Suite 1400<br>Houston, TX 77036 | (5246287)<br>(cr) |
| **Pentagroupfi**<br>5959 CORPORATE DR.<br>Suite 1400<br>Houston, TX 77036 | (5246288)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>PO Box 12914<br>Norfolk VA 23541 | (5347659)<br>(cr) |
| **Profess Acct**<br>Pam Po Box 391<br>Milwaukee, WI 53201 | (5246289)<br>(cr) |
| **Public Savings Bank**<br>1 Church St<br>Rockville, MD 20850 | (5246290)<br>(cr) |
| **Sallie Mae**<br>ATTN: CLAIMS DEPARTMENT<br>Po Box 9500<br>Wilkes-barre, PA 18773 | (5246291)<br>(cr) |
| **Sallie Mae Inc on behalf of the Dept of Education**<br>Department of Education<br>P. O. Box 740351<br>Atlanta, GA 30374-0351 | (5398728)<br>(cr) |
| **Sallie Mae, Inc. on behalf of USA Funds**<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | (5339305)<br>(cr) |
| **The Tennessee C U**<br>Po Box 22881<br>Nashville, TN 37202 | (5246292)<br>(cr) |

**TN Board of Regents - MTSU**
c/o TN Attorney Generals Office
Bankruptcy Division                          (5285670)
PO Box 20207                                 (cr)
Nashville, TN 37202-0207

**U S A Funds**
ATTENTION: BANKRUPTCY LITIGATION UNIT        (5246293)
E3149, Po Box 9430                           (cr)
Wilkes-barre, PA 18773

**U S Dept Of Ed/gsl/atl**
Po Box 4222                                  (5246294)
Iowa City, IA 52244                          (cr)

**Us Dep Ed**
ATTN: BANKRUPTCY                             (5246295)
Po Box 16448                                 (cr)
Saint Paul, MN 55116

**Usaa Federal Savings B**
10750 Mcdermott Fwy                          (5246296)
San Antonio, TX 78288                        (cr)

**USAA Federal Savings Bank**
9441 LBJ Freeway Suite 350                   (5290704)
Dallas, TX 75243                             (cr)

**Verizon Wireless**
VERIZON WIRELESS DEPARTMENT/ATTN: BANK       (5246297)
Po Box 3397                                  (cr)
Bloomington, IL 61702

**Wells Fargo**
ATTENTION: BANKRUPTCY                        (5246298)
Po Box 29704                                 (cr)
Phoenix, AZ 85038